704

*Mr. Benjamin Kleinstiver* for the United Cooperative Society of Jackson, Inc., respondents.

No. 1023, October Term, 1940. PICKETT, GENERAL CHAIRMAN OF THE BROTHERHOOD OF RAILWAY & STEAMSHIP CLERKS, *v.* UNION TERMINAL CO. October 13, 1941. The petition for rehearing is granted. The order denying certiorari, 313 U. S. 591, is vacated and the petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit is granted. *Messrs. Chas. M. Hay* and *S. D. Flanagan* for petitioner.

No. 901, October Term, 1940. BAKERY & PASTRY DRIVERS & HELPERS LOCAL 802 OF THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS ET AL. *v.* WOHL ET AL. October 20, 1941. The petition for rehearing is granted. The judgment entered June 2, 1941, 313 U. S. 548, is vacated and the mandate is recalled. *Mr. Edward C. Maguire* for petitioners. *Hyman Wohl* and *Louis Platzman,* pro se.